UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
41458
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

Order Filed on July 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALTAGRACE BERNADOTTE

Case No.: 13-13489(RG)

Adv. No.:

Hearing Date: 3-2-16

Judge: RG

## ORDER VACATING ORDER RE-IMPOSING AUTOMATIC STAY AGAINST WELLS FARGO AS TO DEBTOR ONLY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Altagrace Bernadotte**
**13-13489(RG)**
**Order Vacating Order Re-Imposing Automatic Stay Against Wells Fargo as to Debtor Only**

This matter having initially been brought on before this Court by way of an order reimposing the automatic stay as to Wells Fargo as to the debtor only filed by John R. Morton, Jr, Esq. attorney for Wells Fargo, and it appearing from the application submitted by counsel to Wells Fargo that the order reimposing the stay was submitted in error.  And it further appearing that this order vacating the order reimposing the stay was served upon the trustee, the debtor and the attorney for the debtor under the 7 day rule with no objections having been received as to the form or entry of this order and for good cause shown

IT IS ORDERED:

1. That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services is the holder of a first purchase money security interest encumbering a 2008 Acura TL bearing serial number 19UUA66218A041982 (hereinafter "the vehicle").

2. That the order reimposing the stay as to the debtor, Altagrace Bernadotte is **vacated**.  Wells Fargo shall have immediate stay relief as to Altagrace Bernadotte to repossess and sell the vehicle.

3. That the co-debtor stay was vacated as to the non-filing co-debtor, Pierre Bernadotte by order of this court entered on 3-7-16.  That order shall remain in full force and effect