UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
41458
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

Order Filed on July 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALTAGRACE BERNADOTTE

Case No.: 13-13489(RG)

Adv. No.:

Hearing Date: 3-2-16

Judge: RG

## ORDER VACATING ORDER RE-IMPOSING AUTOMATIC STAY AGAINST WELLS FARGO AS TO DEBTOR ONLY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Altagrace Bernadotte**
**13-13489(RG)**
**Order Vacating Order Re-Imposing Automatic Stay Against Wells Fargo as to Debtor Only**

This matter having initially been brought on before this Court by way of an order reimposing the automatic stay as to Wells Fargo as to the debtor only filed by John R. Morton, Jr, Esq. attorney for Wells Fargo, and it appearing from the application submitted by counsel to Wells Fargo that the order reimposing the stay was submitted in error.  And it further appearing that this order vacating the order reimposing the stay was served upon the trustee, the debtor and the attorney for the debtor under the 7 day rule with no objections having been received as to the form or entry of this order and for good cause shown

IT IS ORDERED:

1. That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services is the holder of a first purchase money security interest encumbering a 2008 Acura TL bearing serial number 19UUA66218A041982 (hereinafter "the vehicle").

2. That the order reimposing the stay as to the debtor, Altagrace Bernadotte is **vacated**.  Wells Fargo shall have immediate stay relief as to Altagrace Bernadotte to repossess and sell the vehicle.

3. That the co-debtor stay was vacated as to the non-filing co-debtor, Pierre Bernadotte by order of this court entered on 3-7-16.  That order shall remain in full force and effect

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-13489-RG
Altagrace Bernadotte                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1          Date Rcvd: Jul 11, 2016
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
db             +Altagrace Bernadotte,    120 Maple Street,    West Orange, NJ 07052-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
      Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY njecfmail@mwc-law.com
      Herbert B. Raymond    on behalf of Debtor Altagrace  Bernadotte bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
      Joshua I. Goldman    on behalf of Creditor    FMC Pooling Trust A Consolidated jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                                                                                                                                                        TOTAL: 7