| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Herbert B. Raymond, Esq., Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | |

Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALTAGRACE BERNADOTTE
aka ALTAGRACE BERNADETTE, DEBTOR

| | |
|---|---|
| Case No: | 13-13489 RG |
| Chapter: | 13 |
| Hearing Date: | 6/20/18 @10:30 |
| Judge: | GAMBARDELLA |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**      ❏ **LIEN**      ❏ **OTHER (specify)** _____

| |
|---|
| Recommended Local Form:   ☒ Followed   ❏ Modified |

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2.  The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3.  Description of Real Property:
    Location (Street Address) 120 Maple Street, West Orange, NJ 07052

4.  Description of Mortgage/Judgment Lien:
    a.  Original Mortgagee/Lienholder: Ge Money Bank
    b.  Current Assignee: Ditech Financial, LLC
    c.  Current Servicer: Ditech Financial, LLC
    d.  Date of Mortgage/Lien: September 26, 2007
    e.  Date of Recordation: November 27, 2007
    f.  Place of Recordation: Essex County
        i.   Mortgage Book: 12102
        ii.  Page: 5340
    g.  Original Principal Balance of Mortgage/Lien: $ 63,744.35

5.  The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6.  A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

2