**FILED**
JEANNE A. NAUGHTON, CLERK

JUL -2 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone (973) 675-5622
Telefax (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

ALTAGRACE BERNADOTTE
aka ALTAGRACE BERNADETTE, DEBTOR(S)

Case No.: 13-134891 RG

Adv. No.:

Hearing Date: 6/20/18 @ 10:30 AM

Judge: ROSEMARY GAMBARDELLA

ORDER AVOIDING JUDGMENT LIEN

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**

7-2-18

/s/ Rosemary Gambardella
USBJ

Page 2
Debtor: Altagrace Bernadotte
       aka Altagrace Bernadette, Debtor(s)
Case no.: 13-13489 RG
Caption of order: Order Avoiding Judgment Lien

1. That the judicial/judgement lien held by Green Tree Servicing, LLC Assignee GE Money Bank, in and on real property located at 120 Maple Street, West Orange, New Jersey, entered of record in the Superior Court of New Jersey as follows:

    a. Green Tree Servicing, LLC, Assignee Ge Money Bank v. Carida Miguel and Altagrace Bernadette
        i. Judgement Number: J-255631-2011
        ii. Docket Number: L-001736-11
        iii. Judgment Enter Date: September 9, 2011
        iv. Date Signed: July 25, 2011
        v. Venue: Essex County
        vi. Amount: $74,877.77 plus interest, costs, docketing fees and attorneys fees

be and is hereby avoided.

United States Bankruptcy Court
District of New Jersey

In re:  
Altagrace Bernadotte  
      Debtor

Case No. 13-13489-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 05, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.  
db          +Altagrace Bernadotte,   120 Maple Street,   West Orange, NJ 07052-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:  
       Celine P. Derkrikorian   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY njecfmail@mwc-law.com  
       Denise E. Carlon   on behalf of Creditor   WV 2017-1 Grantor Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon   on behalf of Creditor   FMC Pooling Trust A Consolidated dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Herbert B. Raymond   on behalf of Debtor Altagrace  Bernadotte bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
       John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com  
       Joshua I. Goldman   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS, INC. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joshua I. Goldman   on behalf of Creditor   FMC Pooling Trust A Consolidated jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz   on behalf of Creditor   WV 2017-1 Grantor Trust rsolarz@kmllawgroup.com  
                                                             TOTAL: 11