**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Altagrace Bernadotte<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3875<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–13489–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Altagrace Bernadotte
aka Altagrace Bernadette

9/25/18                              **By the court:** <u>Rosemary Gambardella</u>
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 13-13489-RG
   Altagrace Bernadotte                                              Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 7                  Date Rcvd: Sep 25, 2018
                               Form ID: 3180W               Total Noticed: 229


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db             +Altagrace Bernadotte,    120 Maple Street,    West Orange, NJ 07052-5819
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,     85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
513699482      +American Express,    PO Box 642,    Lanham, MD 20703-0642
513699486      +Annie Sez,   PO Box 1003,    Totowa, NJ 07511-1003
513699487      +Annie Sez,   PO Box 1285,    Bayonne, NJ 07002-6285
513699484       Annie Sez,   PO Box 820105,    Philadelphia, PA 19182-0105
513699491       Bank of America,    PO Box 220411,    Greensboro, NC 27420
513699498      +Black Expressions,    PO Box 6404,    Camp Hill, PA 17012
513699499      +Black Expressions Book Club,     6550 East 30th Street, PO Box 6325,
                 Indianapolis, IN 46219-1142
513699500      +Black Expressions Book Club,     505 Ridge Avenue,    Hanover, PA 17332-0002
513699565     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,     Processing Center,    Des Moines, IA 50364)
513699517      +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
513699527      +Citicards,   4600 Houston Road,    Florence, KY 41042-4820
513699528      +Citicards,   PO Box 183057,    Columbus, OH 43218-3057
513699529      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
513699532      +Express,   PO Box 183112,    Columbus, OH 43218-3112
513699536      +GE Capital,   PO Box 508,    Depew, NY 14043-0508
513699537       GE Capital Financial, Inc.,    PO Box 1928,    Tempe, AZ 85280-1928
513699538      +GE Capital Mortgage Services, Inc.,     4680 Hallmark Parkway,    San Bernardino, CA 92407-1816
513699541       GE Money Bank,    PO Box 98143,    El Paso, TX 79998
513699569       Home Depot,   PO Box 689100,    Des Moines, IA 50368
513699567       Home Depot,   P0 Box 9100,    Des Moines, IA 50368
513699586      +Mattleman, Weinworth, & Miller,     401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
513699588       Mattleman, Weinworth, & Miller,     Suite 2226,    Land Title Building,
                 Broad and Chestnut Street,    Philadelphia, PA 19110
513699589      +Mattleman, Weinworth, & Miller ESQ,     401 Route 70 East,    Suite 101,
                 Cherry Hill, NJ 08034-2410
513699590      +Mattleman, Weinworth, & Miller PC,     401 Route 70 East,    Suite 101,
                 Cherry Hill, NJ 08034-2410
513699591      +Mattleman, Weinworth, & Miller PC ESQ,     401 Route 70 East,    Suite 100,
                 Cherry Hill, NJ 08034-2410
513699604     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan,    Attn: Bankruptcy,    P0 Box 371491,    Pittsburg, PA 75266)
513699594       New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
513699598       New Jersey American Water,    PO Box 371476,    Pittsburgh, PA 15250-7331
513699596      +New Jersey American Water,    233 Canoe Brook Road,    Short Hills, NJ 07078-1013
513699597      +New Jersey American Water,    7303 Plantation Road,    Pensacola, FL 32504-6335
513699592      +New Jersey American Water,    500 Grove Street,    Haddon Heights, NJ 08035-1736
513699603       Nissan,   18501 South Figueroa Street,    Gardena, CA 90248
513720799       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
513699606      +Nissan Motor Acceptance,    P0 Box 660360,    Dallas, TX 75266-0360
513699607       Nissan Motor Acceptance Corp,    POBox 0502,    Carol Stream, IL 60132-0502
513699608      +Nissan Motor Acceptance Corp.,    PO Box 660577,    Dallas, TX 75266-0577
513699610      +Nissan Motors,    PO Box 371494,    Pittsburgh, PA 15250-7494
513699611      +Ocwen,   PO Box 57002,    Irvine, CA 92619-7002
513699613       Ocwen,   P0 Box 78508,    Orlando, FL 32878
513699615      +Ocwen Bank,   PO Box 57002,    Irvine, CA 92619-7002
513699616      +Ocwen Federal Bank,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
513699617      +Ocwen Federal Bank, FSB,    1675 Palm Beach Lakes Blvd.,    West Palm Beach, FL 33401-2122
513699624      +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
513699627      +PSEG,   Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
513699622       PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
513699628       PSEG,   P0 Box 14106,    New Brunswick, NJ 08906
513699629      +PSEG,   80 Park Plaza,    Newark, NJ 07102-4194
513699635      +RJM,   PO Box 11154,    Hauppauge, NY 11788-0940
513699637      +RJM,   575 Under Hill Blvd.,    Suite 224,    Syosset, NY 11791-3416
513699636      +RJM,   575 Under Hill Blvd.,    Syosset, NY 11791-3416
513699630      +Raymour and Flanigan Furniture,    P0 Box 130,    Liverpool, NY 13088-0130
513699631      +Residential Credit Company,    4282 North Freeway,    Fort Worth, TX 76137-5021
513699632      +Residential Credit Slt,    4282 North Freeway,    Fort Worth, TX 76137-5021
514050130      +Residential Credit Solutions,    POST OFFICE BOX 163229,    FORTH WORTH, TEXAS 76161-3229
513699640      +Rjm Acqusitions Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
513699649      +SLS,   8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
513699650      +SLS,   PO Box 636005,    Littleton, CO 80163-6005
513699648      +SLS,   PO Box 11023,    Orange, CA 92856-8123
513699643       Shell Oil,   PO Box 659151,    Des Moines, IA 50368
513699646      +Shell Processing Center,    Des Moines, IA 50367-0001
513699651      +Specialized Loan Service,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
513699652      +Specialized Loan Services,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
513699653      +Specialized Loan Servicing,    PO Box 636005,    Littleton, CO 80163-6005
```

```
District/off: 0312-2          User: admin              Page 2 of 7               Date Rcvd: Sep 25, 2018
                              Form ID: 3180W           Total Noticed: 229


513890690     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,     Highlands Ranch, CO 80129-2386
516273526     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
516273527     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513699654     +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
513699655      Specialized Loan Servicing, LLC Inc.,    5742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129
513699658     +Sprint PCS,    Attn : AFNI,    404 Brock Drive,    Bloomington, IL 61701-2654
513699660     +Sprint Wireless,    1521 West Cameron Avenue,    PO Box 2220,    West Covina, CA 91793-2220
513699669     +Township of West Orange,    Attn: Tax Collector,    66 Main Street,    West Orange, NJ 07052-5404
513699670     +Township of West Orange NJ,    Attn: Water / Sewer Department,    66 Main Street,
               West Orange, NJ 07052-5404
513699702      WFFNB,    200 W. Schrock Road,    Westerville, OH 43081
513699681      Wells Fargo Auto Finance,    711 W Broadway Road,    Scottsdale, AZ 85262
513699698     +West Orange Tax Collector,    66 Main Street,    West Orange, NJ 07052-5496
513699699     +West Orange Township,    Attn: Water Department,    66 Main Street,    West Orange, NJ 07052-5496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 23:47:15      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
               1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
513699476     +EDI: AFNIRECOVERY.COM Sep 26 2018 03:03:00      Afni,    404 Brook Drive,   PO Box 3517,
               Bloomington, IL 61702-3517
513699477     +EDI: AFNIRECOVERY.COM Sep 26 2018 03:03:00      Afni,    PO Box 3427,
               Bloomington, IL 61702-3427
513699479     +EDI: AMEREXPR.COM Sep 26 2018 03:03:00      American Express,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
513699480      EDI: AMEREXPR.COM Sep 26 2018 03:03:00      American Express,    PO Box 297812,
               Ft. Lauderdale, FL 33329-7812
513699483      EDI: AMEREXPR.COM Sep 26 2018 03:03:00      American Express,    PO Box 7871,
               Fort Lauderdale, FL 33329
513699478     +EDI: AMEREXPR.COM Sep 26 2018 03:03:00      American Express,
               American Express Special Research,    P0 Box 981540,    El Paso, TX 79998-1540
513699481      EDI: AMEREXPR.COM Sep 26 2018 03:03:00      American Express,    PO Box 1270,
               Newark, NJ 07101-1270
513699488      EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Parkway,    Greensboro, NC 27410
513699489      EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank Of America,    Po Box 982235,
               El Paso, TX 79998
513699497     +EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank of America,    Attn: Recovery Department,
               PO Box 2278,    Norfolk, VA 23501-2278
513699495     +EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank of America,    PO Box 30770,
               Tampa, FL 33630-3770
513699490      EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank of America,    PO Box 53132,
               Phoenix, AZ 85072-3132
513699493     +EDI: BANKAMER2.COM Sep 26 2018 03:03:00      Bank of America,    PO Box 17645,
               Baltimore, MD 21297-1645
513699494     +EDI: BANKAMER2.COM Sep 26 2018 03:03:00      Bank of America,    PO Box 9000,
               Getzville, NY 14068-9000
513699496      EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank of America,    Credit Card Services,
               PO Box 1070,    Newark, NJ 07101
513699492     +EDI: BANKAMER.COM Sep 26 2018 03:03:00      Bank of America,    PO Box 2240,
               Brea, CA 92822-2240
515613820     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 25 2018 23:47:34
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
515613819     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 25 2018 23:47:34
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
513699644      EDI: CITICORP.COM Sep 26 2018 03:03:00      Shell Oil / Citibank,
               Attn.: Centralized Bankruptcy,    P0 Box 20507,    Kansas City, MO 64195
513699522      EDI: CITICORP.COM Sep 26 2018 03:03:00      Citibank Usa,    Citicorp Credit Services,
               P0 Box 20507,    Kansas City, MO 64195
513699526      EDI: CITICORP.COM Sep 26 2018 03:03:00      Citicards,    7920 NW 110th Street,
               Kansas City, MO 64153
513699530      EDI: CITICORP.COM Sep 26 2018 03:03:00      Citicorp Credit Services, Inc.,
               7920 NW 110th Street,    Kansas City, MO 64153
513995486      EDI: RECOVERYCORP.COM Sep 26 2018 03:03:00      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
513699505      EDI: HFC.COM Sep 26 2018 03:03:00      Cardmember Services,    PO Box 21550,   Tulsa, OK 74121
513699501     +EDI: CHASE.COM Sep 26 2018 03:03:00      Cardmember Services,    PO Box 15153,
               Wilmington, DE 19886-5153
513699503     +EDI: CHASE.COM Sep 26 2018 03:03:00      Cardmember Services,    P0 Box 15299,
               Wilmington, DE 19850-5299
```

```
District/off: 0312-2           User: admin              Page 3 of 7                   Date Rcvd: Sep 25, 2018
                               Form ID: 3180W           Total Noticed: 229


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513699502      EDI: CHASE.COM Sep 26 2018 03:03:00      Cardmember Services,    PO Box 8650,
                Wilmington, DE 19899
513699504     +EDI: HFC.COM Sep 26 2018 03:03:00      Cardmember Services,    PO Box 5250,
                Carol Stream, IL 60197-5250
513699507     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
513699512     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    PO Box 94014,   Palatine, IL 60094-4014
513699515     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    340 S Cleveland Avenue,    Bldg. 370,
                Westerville, OH 43081-8917
513699511     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    PO Box 15153,   Wilmington, DE 19886-5153
513699508     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
513699509      EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    PO Box 15583,   Wilmington, DE 19886-1194
513699510     +EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bank,    PO Box 15650,   Wilmington, DE 19886-0001
513699518      EDI: CHASE.COM Sep 26 2018 03:03:00      Chase Bankcard Services,    PO Box 30755,
                Tampa, FL 33630-3755
513699516      EDI: CHASE.COM Sep 26 2018 03:03:00      Chase bank,    PO Box 280180,   Baton Rouge, LA 70826
513699519     +EDI: CITICORP.COM Sep 26 2018 03:03:00       Citibank,   PO Box 6500,
                Sioux Falls, SD 57117-6500
513699520      EDI: CITICORP.COM Sep 26 2018 03:03:00      Citibank,   PO Box 6405,    The Lakes, NV 88901-6405
513699523     +EDI: CITICORP.COM Sep 26 2018 03:03:00       Citibank Usa,   Po Box 6497,
                Sioux Falls, SD 57117-6497
513699525     +EDI: CITICORP.COM Sep 26 2018 03:03:00       Citicards,   PO Box 6500,
                Sioux Falls, SD 57117-6500
513699524     +EDI: CITICORP.COM Sep 26 2018 03:03:00       Citicards,   PO Box 45165,
                Jacksonville, FL 32232-5165
513699531      EDI: WFNNB.COM Sep 26 2018 03:03:00      Comenity Bank/AnnieSez,    PO Box 337003,
                Northglenn, CO 80233
513699533      EDI: WFNNB.COM Sep 26 2018 03:03:00      Express,   PO Box 659562,    San Antonio, TX 78265
513699535     +EDI: WFNNB.COM Sep 26 2018 03:03:00      Express,   PO Box 33066,    Denver, CO 80233-0066
513699544     +EDI: RMSC.COM Sep 26 2018 03:03:00      GE Money Bank,   PO Box 960061,    Orlando, FL 32896-0061
513699543     +EDI: RMSC.COM Sep 26 2018 03:03:00      GE Money Bank,   PO Box 981064,    El Paso, TX 79998-1064
513699542     +EDI: RMSC.COM Sep 26 2018 03:03:00      GE Money Bank,   PO Box 981127,    El Paso, TX 79998-1127
513699553      EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB,   PO Box 103101,   Roswell, GA 30076
513699555     +EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB,   PO Box 103106,   Roswell, GA 30076-9106
513699554     +EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB,   PO Box 960035,   Orlando, FL 32896-0035
513699552     +EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB,   PO Box 981400,   El Paso, TX 79998-1400
513699556     +EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB / Old Navy,   Attention: GEMB,    PO Box 103104,
                Roswell, GA 30076-9104
513699557     +EDI: RMSC.COM Sep 26 2018 03:03:00      GEMB / Old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
513699558      E-mail/Text: bankruptcy.bnc@ditech.com Sep 25 2018 23:46:50       Green Tree,   PO Box 94710,
                Palatine, IL 60094
513699539     +EDI: RMSC.COM Sep 26 2018 03:03:00      Ge Money,   PO Box 960024,    Orlando, FL 32896-0024
513699546     +EDI: RMSC.COM Sep 26 2018 03:03:00      Ge Money Bank,   PO Box 103104,    Roswell, GA 30076-9104
513699550     +EDI: RMSC.COM Sep 26 2018 03:03:00      Ge Money Bank,   PO Box 103106,    Roswell, GA 30076-9106
513699551     +EDI: RMSC.COM Sep 26 2018 03:03:00      Gecrb/Amazon,   PO Box 965015,    Orlando, FL 32896-5015
513699559     +E-mail/Text: bankruptcy.bnc@ditech.com Sep 25 2018 23:46:50       Green Tree,   PO Box 6172,
                Rapid City, SD 57709-6172
513699562     +EDI: RMSC.COM Sep 26 2018 03:03:00      Green Tree Servicing, LLC,    7360 S Kyrene Blvd.,
                Tempe, AZ 85283-8432
513699563     +EDI: RMSC.COM Sep 26 2018 03:03:00      Greentree Servicing LLC,    PO Box 6150,
                Rapid City, SD 57709-6150
513699577      EDI: HFC.COM Sep 26 2018 03:03:00      HRS,   PO Box 17602,   Baltimore, MD 21297-1602
513699576      EDI: HFC.COM Sep 26 2018 03:03:00      HRS,   PO Box 4144,   Carol Stream, IL 60197-4144
513699578      EDI: HFC.COM Sep 26 2018 03:03:00      HRS,   PO Box 17298,   Baltimore, MD 21297-1298
513699581     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 5244,   Carol Stream, IL 60197-5244
513699582     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 98706,   Las Vegas, NV 89193-8706
513699585     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 17313,   Baltimore, MD 21297-1313
513699579     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   Hsbc Retail Services,    PO Box 5213,
                Carol Stream, IL 60197-5213
513699583     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 17051,   Baltimore, MD 21297-1051
513699584     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 80084,   Salinas, CA 93912-0084
513699580     +EDI: HFC.COM Sep 26 2018 03:03:00      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
513699566     +EDI: RMSC.COM Sep 26 2018 03:03:00      Home Depot,   PO Box 4534,    Carol Stream, IL 60197-4534
513699574     +EDI: HFC.COM Sep 26 2018 03:03:00      Household Bank,   PO Box 98706,
                Las Vegas, NV 89193-8706
513699575     +EDI: HFC.COM Sep 26 2018 03:03:00      Household Bank,   PO Box 438,    Wood Dale, IL 60191-0438
513699572      EDI: HFC.COM Sep 26 2018 03:03:00      Household Bank,   PO Box 88000,
                Baltimore, MD 21288-0001
513699573      EDI: HFC.COM Sep 26 2018 03:03:00      Household Bank,   PO Box 5877,
                Carol Stream, IL 60197-5877
513699595     +E-mail/Text: csc.bankruptcy@amwater.com Sep 25 2018 23:47:54        New Jersey American Water,
                PO Box 578,   Alton, IL 62002-0578
513699599      EDI: WFNNB.COM Sep 26 2018 03:03:00      New York and Company,    PO Box 659562,
                San Antonio, TX 78265
513699601     +EDI: WFNNB.COM Sep 26 2018 03:03:00      New York and Company,    PO Box 659728,
                San Antonio, TX 78265-9728
513699602     +EDI: WFNNB.COM Sep 26 2018 03:03:00      New York and Company,    220 W. Schrook Road,
                Westerville, OH 43081-2873
```

```
District/off: 0312-2          User: admin              Page 4 of 7                   Date Rcvd: Sep 25, 2018
                              Form ID: 3180W           Total Noticed: 229


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513699600     +EDI: WFNNB.COM Sep 26 2018 03:03:00      New York and Company,    PO Box 182122,
               Columbus, OH 43218-2122
513699619     +EDI: RMSC.COM Sep 26 2018 03:03:00      Old Navy,    PO Box 981084,    El Paso, TX 79998-1084
513699620     +EDI: RMSC.COM Sep 26 2018 03:03:00      Old Navy,    PO Box 530942,    Atlanta, GA 30353-0942
513699618     +EDI: RMSC.COM Sep 26 2018 03:03:00      Old Navy,    PO Box 530993,    Atlanta, GA 30353-0993
514035536      EDI: PRA.COM Sep 26 2018 03:03:00      Portfolio Recovery Associates, LLC,
               c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
514033371      EDI: PRA.COM Sep 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
               PO Box 41067,    Norfolk VA 23541
513699626     +E-mail/Text: bankruptcy@pseg.com Sep 25 2018 23:46:25       PSEG,    PO Box 490,
               Cranford, NJ 07016-0490
513699625      E-mail/Text: bankruptcy@pseg.com Sep 25 2018 23:46:25       PSEG,    PO Box 790,
               Cranford, NJ 07016-0790
513709562     +E-mail/Text: bankruptcy@pseg.com Sep 25 2018 23:46:25       PSEG,    PO BOX 490,
               Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513789234      EDI: Q3G.COM Sep 26 2018 03:04:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
               PO Box 788,    Kirkland, WA 98083-0788
513898789      EDI: Q3G.COM Sep 26 2018 03:04:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
513699656      EDI: NEXTEL.COM Sep 26 2018 03:03:00      Sprint PCS,    PO Box 1769,    Newark, NJ 07101
513699657      EDI: NEXTEL.COM Sep 26 2018 03:03:00      Sprint PCS,    PO Box 62071,    Baltimore, MD 21264
513699642     +EDI: CITICORP.COM Sep 26 2018 03:03:00      Shell Credit Card,    PO Box 9151,
               Des Moines, IA 50306
513699645     +EDI: CITICORP.COM Sep 26 2018 03:03:00      Shell Oil / Citibank,    Po Box 6497,
               Sioux Falls, SD 57117-6497
513699647      EDI: CITICORP.COM Sep 26 2018 03:03:00      Shell/ Citibank,    PO Box 15687,
               Wilmington, DE 19850
513699659     +EDI: NEXTEL.COM Sep 26 2018 03:03:00      Sprint PCS,    PO Box 8077,    London, KY 40742-8077
513699664     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target,    P0 Box 59317,
               Minneapolis, MN 55459-0317
513699661     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target,    3901 West 53rd St.,
               Sioux Falls, SD 57106-4221
513699663     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target,    3701 Wayzata Blvd.,
               Minneapolis, MN 55416-3401
513699662      EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target,    Attn: Retailers National Bank,
               PO Box 59231,    Minneapolis, MN 55459-0231
513699666     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target Credit Card (TC),    Po Box 673,
               Minneapolis, MN 55440-0673
513699665     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target Credit Card (TC),
               C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,    Minneapolis, MN 55440-9475
513699667      EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target Credit Services,    Retailers National Bank,
               PO Box 1581,    Minneapolis, MN 55440-1581
513699668     +EDI: WTRRNBANK.COM Sep 26 2018 03:03:00      Target National Bank,    PO Box 59317,
               Minneapolis, MN 55459-0317
517570138     +E-mail/Text: bknotices@snsc.com Sep 25 2018 23:47:54        U.S. Bank Trust National Association,
               as Trustee of Bungalow Series III Trust,    c/o SN Servicing Corp,    323 5th Street,
               Eureka, CA 95501-0305
513699671     +EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria Secret,    220 W. Schrock Rd.,
               Westerville, OH 43081-2873
513699672      EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria Secrets,    PO Box 182128,
               Columbus, OH 43218-2128
513699673      EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria Secrets,    PO Box 659562,
               San Antonio, TX 78265
513699674     +EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria Secrets,    PO Box 659728,
               San Antonio, TX 78265-9728
513699676     +EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria's Secret,    220 W Schrock Rd,
               Westerville, OH 43081-2873
513699675     +EDI: WFNNB.COM Sep 26 2018 03:03:00      Victoria's Secret,    Attention: Bankruptcy,
               P0 Box 182125,    Columbus, OH 43218-2125
513699678      EDI: WACHOVIA.COM Sep 26 2018 03:03:00      Wachovia Bank,    Bankcard Services,    PO Box 15137,
               Wilmington, DE 19886
513699677      EDI: WACHOVIA.COM Sep 26 2018 03:03:00      Wachovia Bank,    PO Box 13765,    Roanoke, VA 24037
513699679      EDI: WACHOVIA.COM Sep 26 2018 03:03:00      Wachovia Bank,    PO Box 50014,    Roanoke, VA 24040
513699705     +EDI: WFNNB.COM Sep 26 2018 03:03:00      WFFNB,    PO Box 659584,    San Antonio, TX 78265-9584
513699700     +EDI: WFNNB.COM Sep 26 2018 03:03:00      WFFNB,    PO Box 330066,    Denver, CO 80233-8066
513699703     +EDI: WFNNB.COM Sep 26 2018 03:03:00      WFFNB,    PO Box 182122,    Columbus, OH 43218-2122
513699704     +EDI: WFNNB.COM Sep 26 2018 03:03:00      WFFNB,    PO Box 182125,    Columbus, OH 43218-2125
513699701     +EDI: WFNNB.COM Sep 26 2018 03:03:00      WFFNB,    Attn: Structure/ Express,    PO Box 330064,
               Denver, CO 80233-8064
513699680     +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Auto Finance,    PO Box 29704,
               Phoenix, AZ 85038-9704
513699682     +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Automotive,    PO Box 60510,
               Los Angeles, CA 90060-0510
513699683     +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Automotive,    PO Box 29715,
               Phoenix, AZ 85038-9715
513699687     +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Bank,    PO Box 28724,
               Kansas City, MO 64188-8724
```

```
District/off: 0312-2          User: admin              Page 5 of 7              Date Rcvd: Sep 25, 2018
                              Form ID: 3180W           Total Noticed: 229


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513699685        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Bank,    711 W Broadway Road,
                  Tempe, AZ 85282-1218
513699686        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Bank,    Attn: National Asset Recovery,
                  PO Box 701,   Chesterfield, MO 63006-0701
513764441         EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,
                  P.O. Box 19657,   Irvine, CA 92623-9657
513699688         EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Card Services,    PO Box 10347,
                  Des Moines, IA 50306-0347
513699689        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Card Services,    PO Box 6412,
                  Carol Stream, IL 60197-6412
513699690        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial,    P0 Box 98784,
                  Las Vegas, NV 89193-8784
513699693        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial,    1240 Office Plaza Drive,
                  West Des Moines, IA 50266-2300
513699691        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial,    4143 121st Street,
                  Urbandale, IA 50323-2310
513699692        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial,    PO Box 5943,
                  Sioux Falls, SD 57117-5943
513699695        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial Auto,    2501 Seaport Drive,
                  Ste. BH 300,   Chester, PA 19013-2241
513699696        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial Bank,    PO Box 5943,
                  Sioux Falls, SD 57117-5943
513699697        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wells Fargo Financial Bank,    P0 Box 94498,
                  Las Vegas, NV 89193-4498
513699706        +EDI: WFNNB.COM Sep 26 2018 03:03:00      Wfnnb/Express,    Attention: Bankruptcy,    P0 Box 182685,
                  Columbus, OH 43218-2685
513699707        +EDI: WFNNB.COM Sep 26 2018 03:03:00      Wfnnb/Express,    Po Box 182789,
                  Columbus, OH 43218-2789
513699708        +EDI: WFNNB.COM Sep 26 2018 03:03:00      Wfnnb/New York & Company,    Attention: Bankruptcy,
                  P.O. Box 182685,   Columbus, OH 43218-2685
513699709        +EDI: WFNNB.COM Sep 26 2018 03:03:00      Wfnnb/New York & Company,    220 W Schrock Road,
                  Westerville, OH 43081-2873
513699711        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wfs Financial/Wachovia Dealer Services,    P0 Box 1697,
                  Winterville, NC 28590-1697
513699710        +EDI: WFFC.COM Sep 26 2018 03:03:00      Wfs Financial/Wachovia Dealer Services,    P0 Box 3569,
                  Rancho Cucamonga, CA 91729-3569
513699713         EDI: WFNNB.COM Sep 26 2018 03:03:00      World Financial Network Bank,    PO Box 659562,
                  San Antonio, TX 78265-9584
513699712         EDI: WFNNB.COM Sep 26 2018 03:03:00      World Financial Network Bank,    PO Box 659584,
                  San Antonio, TX 78265-9584
513699714        +EDI: WFNNB.COM Sep 26 2018 03:03:00      World Financial Network Bank,    220 W. Schrock Road,
                  Westerville, OH 43081-2873
513699715         EDI: WFNNB.COM Sep 26 2018 03:03:00      World Financial Network National Bank,    PO Box 182125,
                  Columbus, OH 43218-2125
513699716        +EDI: WFNNB.COM Sep 26 2018 03:03:00      World Financial Network National Bank,    PO Box 182363,
                  Columbus, OH 43218-2363
                                                                                              TOTAL: 151

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
517712108*   +Altagrace Bernadotte,    120 Maple Street,   West Orange, NJ 07052-5819
513699485*    Annie Sez,   PO Box 820105,    Philadelphia, PA 19182-0105
513699570*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901)
513699571*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot Credit Services,    Preocessing Center,
               Des Moines, IA 50364)
513699641*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Shell,    PO Box 689151,    Des Moines, IA 50368)
513699506*    Cardmember Services,    P0 Box 8650,   Wilmington, DE 19899
513699514*   +Chase Bank,    PO Box 15153,   Wilmington, DE 19886-5153
513699513*   +Chase Bank,    PO Box 15650,   Wilmington, DE 19886-0001
513699521*    Citibank,   PO Box 6405,    The Lakes, NV 88901-6405
513699534*    Express,   PO Box 659562,    San Antonio, TX 78265
513699549*   +GE Money Bank,    P0 Box 960061,    Orlando, FL 32896-0061
513699545*   +GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
513699548*   +GE Money Bank,    PO Box 981064,    El Paso, TX 79998-1064
513699547*    GE Money Bank,    PO Box 98143,   El Paso, TX 79998
513699540*   +Ge Money,   PO Box 960024,    Orlando, FL 32896-0024
513699560*   +Green Tree Inc.,    PO Box 94710,    Palatine, IL 60094-4710
513699561*   +Green Tree LLC,    PO Box 6172,   Rapid City, SD 57709-6172
513699564*   +Greentree Servicing LLC Inc.,    P0 Box 6150,    Rapid City, SD 57709-6150
513699568*    Home Depot,    P0 Box 9100,   Des Moines, IA 50368
513699587*   +Mattleman, Weinworth, & Miller,    401 Route 70 East,    Suite 100,   Cherry Hill, NJ 08034-2410
513699605*   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:  Nissan Infinti Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
               Irving, TX 75063)
513699593*   +New Jersey American Water,    500 Grove Street,    Haddon Heights, NJ 08035-1736
```

```
District/off: 0312-2                   User: admin                 Page 6 of 7                   Date Rcvd: Sep 25, 2018
                                       Form ID: 3180W              Total Noticed: 229


              ***** BYPASSED RECIPIENTS (continued) *****
514835503*         Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
513699609*        +Nissan Motor Acceptance Corporation,    PO Box 660577,    Dallas, TX 75266-0577
513699612*        +Ocwen,    PO Box 57002,    Irvine, CA 92619-7002
513699621*        +Old Navy,    PO Box 981084,    El Paso, TX 79998-1084
514035537*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,
                    POB 41067,    Norfolk VA 23541)
513699623*         PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
513699639*        +RJM Acquistions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
513699633*        +Residential Credit SLT Co.,    4282 North Freeway,    Fort Worth, TX 76137-5021
513699634*        +Residential Credit Slt LLC,    4282 North Freeway,    Fort Worth, TX 76137-5021
517354236*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
517361008*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
517354237*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517361009*        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517570139*        +U.S. Bank Trust National Association,    as Trustee of Bungalow Series III Trust,
                   c/o SN Servicing Corp,    323 5th Street,    Eureka, CA 95501-0305
513699684*        +Wells Fargo Automotive,    PO Box 29715,    Phoenix, AZ 85038-9715
513699694*        +Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV 89193-8784
513699614        ##+Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
513699638        ##+Rjm Acquistions Llc,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 39, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    WV 2017-1 Grantor Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    FMC Pooling Trust A Consolidated
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Altagrace  Bernadotte bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Joshua I. Goldman    on behalf of Creditor    FMC Pooling Trust A Consolidated
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin                Page 7 of 7            Date Rcvd: Sep 25, 2018
                              Form ID: 3180W             Total Noticed: 229
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    WV 2017-1 Grantor Trust rsolarz@kmllawgroup.com
                                                                                                             TOTAL: 11