UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust
P: (212) 471-5100
AFriedman@FriedmanVartolo.com

IN RE:

Altagrace Bernadotte

Debtor



Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 13-13489

Hearing Date:

Judge: Rosemary Gambardella

Chapter: 13

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 120 Maple Street, West Orange, NJ 07052

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 120 Maple Street, West Orange, NJ 07052; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.