UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust
P: (212) 471-5100
AFriedman@FriedmanVartolo.com

IN RE:

Altagrace Bernadotte

Debtor

Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 13-13489

Hearing Date:

Judge: Rosemary Gambardella

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 120 Maple Street, West Orange, NJ 07052

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust, National Association as Trustee of Bungalow Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 120 Maple Street, West Orange, NJ 07052; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-13489-RG
Altagrace Bernadotte                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Altagrace Bernadotte,   120 Maple Street,   West Orange, NJ 07052-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
      Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
       LIABILITY COMPANY njecfmail@mwc-law.com
      Denise E. Carlon    on behalf of Creditor    WV 2017-1 Grantor Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    FMC Pooling Trust A Consolidated
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Herbert B. Raymond    on behalf of Debtor Altagrace  Bernadotte bankruptcy123@comcast.net,
       jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
       mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
       bankruptcy@friedmanvartolo.com
      Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
       jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    FMC Pooling Trust A Consolidated
       jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    WV 2017-1 Grantor Trust rsolarz@kmllawgroup.com
                                                                                                       TOTAL: 11